# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

NOV 2 7 2018

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs | § |
| | § |
| JOSE ANTONIO GALLEGOS | § |
| aka Trautman | § |
| aka Rooster | § |
| JORGE AURIEL TORRES | § |

CRIMINAL NO. **B18-1027**

Partially
UN Sealed 11-29-18
Public and unofficial or no access
to the         and
prohibited       order.

## I N D I C T M E N T

THE GRAND JURY CHARGES:

### COUNT ONE

In or about June 2017, up to and including the date of this indictment, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JOSE ANTONIO GALLEGOS**
**aka Trautman**
**aka Rooster**
**JORGE AURIEL TORRES**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than fifty (50) grams of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

In or about June 2017, up to and including the date of this indictment, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

**JOSE ANTONIO GALLEGOS**
**aka Trautman**
**aka Rooster**
## JORGE AURIEL TORRES

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than one kilogram of heroin, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT THREE

In or about June 2017, up to and including the date of this indictment, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

**JOSE ANTONIO GALLEGOS**
**aka Trautman**
**aka Rooster**
**JORGE AURIEL TORRES**

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity less than 50 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(D).

## COUNT FOUR

In or about June 2017, up to and including the date of this indictment, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendant,

### JORGE AURIEL TORRES

did knowingly and intentionally conspire and agree with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity more than 500 grams of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## COUNT FIVE

On or about February 3, 2018, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

### JOSE ANTONIO GALLEGOS
### aka Trautman
### aka Rooster
### JORGE AURIEL TORRES

did knowingly and intentionally possess with intent to distribute a quantity less than fifty kilograms, that is, approximately 48 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT SIX

On or about February 28, 2018, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JOSE ANTONIO GALLEGOS**
**aka Trautman**
**aka Rooster**
**JORGE AURIEL TORRES**

did knowingly and intentionally possess with intent to distribute a quantity less than fifty kilograms, that is, approximately 39 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about March 13, 2018, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JOSE ANTONIO GALLEGOS**
**aka Trautman**
**aka Rooster**
**JORGE AURIEL TORRES**

did knowingly and intentionally possess with intent to distribute a quantity more than fifty grams, that is, approximately 17 kilograms of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT EIGHT

On or about March 23, 2018, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE ANTONIO GALLEGOS**
**aka Trautman**
**aka Rooster**

did knowingly and intentionally possess with intent to distribute a quantity more than fifty grams, that is, approximately 47 kilograms of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT NINE

On or about April 29, 2018, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**JOSE ANTONIO GALLEGOS**
**aka Trautman**
**aka Rooster**
**JORGE AURIEL TORRES**

did knowingly and intentionally possess with intent to distribute a quantity more than one kilogram, that is, approximately 13 kilograms of heroin, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A),

and Title 18, United States Code, Section 2.

## COUNT TEN

On or about September 17, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### JORGE AURIEL TORRES

did knowingly and intentionally possess with intent to distribute a quantity of 500 grams or more, that is, approximately 4.3 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT ELEVEN

On or about September 17, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

### JORGE AURIEL TORRES

did knowingly and intentionally possess with intent to distribute a quantity more than one kilogram, that is, approximately 3 kilograms of heroin, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

Jody L. Young
Assistant United States Attorney